

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-16-00133-CV
_____

IN THE INTEREST OF L.A.R., A CHILD

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2015-790,967; Honorable William C. Sowder, Presiding

August 9, 2016

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellants, A.A. and S.A., sought to terminate the parental rights of L.A.R.'s parents and to adopt L.A.R.[1]  The trial court entered an order dismissing their petition for lack of standing to file suit.  While this appeal was pending, A.A. and S.A. filed their *Motion to Dismiss Appeal.*  By their motion, A.A. and S.A. represent they no longer wish to prosecute the appeal and request that costs be taxed against them.

---

[1] To protect the privacy of the parties involved, we refer to them by their initials.  *See* TEX. FAM. CODE ANN. § 109.002(d) (West 2014).

Without passing on the merits of the appeal, we grant the motion, tax costs against A.A. and S.A., and dismiss the appeal.[2]  TEX. R. APP. P. 42.1(a)(1).  Having dismissed the appeal at their request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Per Curiam

---

[2] Given the voluntary nature of the motion to dismiss, we apply Rule 2 of the Texas Rules of Appellate Procedure to suspend the operation of Rule 10.3(a) providing that a motion other than those listed in Rule 10.3(a)(1), (2), and (3) should not be ruled on until ten days after being filed.